UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MALIBU MEDIA, LLC,**

        **Plaintiff,**

vs.                                          Case No.: 8:12-cv-1667-T-27MAP

**JOHN DOES 1 - 28,**

        **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the claims against John Doe 2 are DISMISSED *without prejudice*. The Clerk is directed to CLOSE the file.[1]

**DONE AND ORDERED** this 17th day of January, 2013.

                              JAMES D. WHITTEMORE
                              United States District Judge

Copies to:
Counsel of record

---

[1] All claims in this case have now been dismissed. John Doe 3 was previously dismissed with prejudice pursuant to a settlement agreement (Dkt. 20), and John Does 1 and 4-28 were severed and dismissed by Court order (Dkt. 22).